

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00138-CV

**SAN ANTONIO WATER SYSTEM**, an Agency of the City of San Antonio,
Appellant

v.

**MATIRAAN, LTD.**, and Marylyn House,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-08486
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause REMANDED to the trial court with instructions to render a judgment of dismissal in favor of appellant and to determine any relief to which appellant may show itself justly entitled, including attorneys' fees and costs. Costs of this appeal are assessed against appellees.

SIGNED March 1, 2023.

_____
Lori I. Valenzuela, Justice